# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRYN GOYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:21-cv-02059-JTF-atc |
| v. | ) |
| | ) |
| B. ASHE "CAMP ADMIN" and THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Granting Motion For Extension Of Time To Amend, Denying Motion For Leave To Appeal *In Forma Pauperis*, Dismissing The Amended Complaint With Prejudice, Certifying An Appeal Would Not Be Taken In Good Faith, Notifying Goyer Of The Appellate Filing Fee, And Notifying Goyer Of The Court's Strike Recommendation Pursuant To 28 U.S.C. § 1915(g), which was entered on January 16, 2024.

**IT IS SO ORDERED**, this 16th day of January 2024.

APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

January 16, 2024
DATE